Ronald L.M. Goldman (Bar No. 33422)
rgoldman@baumhedlundlaw.com
A. Ilyas Akbari, Esq. (Bar No. 228051)
iakbari@baumhedlundlaw.com
Roger D. Drake, Esq. (Bar No. 237834)
rdrake@baumhedlundlaw.com
Kate Gillespie, Esq. (Bar No. 227416)
kgillespie@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA  90025
Telephone:  (310) 207-3233
Fax:  (310) 820-7444

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. THOMAS, an individual, on behalf of himself and all other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IOVATE HEALTH SCIENCES USA, INC, a Delaware Corporation and IOVATE HEALTH SCIENCES, INC., a Canadian Corporation; MUSCLETECH RESEARCH AND DEVELOPMENT, INC., a Canadian Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 09-04337 RSWL (SHx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL [FRCP 41(a)]** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

---

1

Notice of Voluntary Dismissal FRCP 41(a)

| | |
|---|---|
| Dated: June 23, 2009 | Respectfully submitted, |
| | BAUM, HEDLUND, ARISTEI & GOLDMAN PC |
| | |
| | _____ |
| | Ronald L.M. Goldman (Bar No. 33422) |
| | *rgoldman@baumhedlundlaw.com* |
| | A. Ilyas Akbari, Esq. (Bar No. 228051) |
| | *iakbari@baumhedlundlaw.com* |
| | Roger D. Drake, Esq. (Bar No. 237834) |
| | *rdrake@baumhedlundlaw.com* |
| | Kate Gillespie, Esq. (Bar No. 227416) |
| | *kgillespie@baumhedlundlaw.com* |
| | BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C. |
| | 12100 Wilshire Blvd., Suite 950 |
| | Los Angeles, CA 90025 |
| | Telephone: (310) 207-3233 |
| | Fax: (310) 820-7444 |
| | |
| | Attorneys for Plaintiff |

2

Notice of Voluntary Dismissal FRCP 41(a)